Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Decker & Williams, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **91-1699504** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6159 Blue Haven Way**<br>**Clinton, WA 98236**<br>Number, Street, City, State & ZIP Code | **PO Box 32**<br>**Freeland, WA 98249**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Island**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

25-01750-FPC11    Doc 1    Filed 10/02/25    Entered 10/02/25 16:54:37    Pg 1 of 40

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

25-01750-FPC11   Doc 1   Filed 10/02/25   Entered 10/02/25 16:54:37   Pg 2 of 40

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | | Relationship | | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

25-01750-FPC11   Doc 1   Filed 10/02/25   Entered 10/02/25 16:54:37   Pg 3 of 40

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 2, 2025**
               MM / DD / YYYY

**X /s/ Jason P. Decker**                                   **Jason P. Decker**
Signature of authorized representative of debtor            Printed name

Title    **Manager**

**18. Signature of attorney**

**X /s/ Lesley D. Bohleber**                      Date **October 2, 2025**
Signature of attorney for debtor                       MM / DD / YYYY

**Lesley D. Bohleber**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **206-292-2110**    Email address    **lbohleber@bskd.com**

**49150 WA**
Bar number and State

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   __October 2, 2025__
                     MM / DD / YYYY

X  _____          Jason P. Decker
   Signature of authorized representative of debtor        Printed name

Title   __Manager__

| | |
|---|---|
| 18. Signature of attorney | X   /s/ Lesley D. Bohleber                        Date   October 2, 2025 |
| | Signature of attorney for debtor                                MM / DD / YYYY |

Lesley D. Bohleber
Printed name

Bush Kornfeld LLP
Firm name

601 Union St., Suite 5000
Seattle, WA 98101-2373
Number, Street, City, State & ZIP Code

Contact phone   206-292-2110        Email address   lbohleber@bskd.com

49150 WA
Bar number and State

## LIMITED LIABILITY COMPANY RESOLUTION
## DECKER & WILLIAMS, LLC

WHEREAS, Decker & Williams, LLC, a Washington limited liability company (the "Company") is experiencing significant financial challenges; and

WHEREAS, the sole Member of the Company is Jason P. Decker (the "Member");

WHEREAS, it is the opinion of the Member that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interest in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Member consents to the following action by the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings, and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that Jason P. Decker, as Manager of the Company, is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Jason P. Decker is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy; and it is

FURTHER RESOLVED, that following the filing of the Chapter 11 bankruptcy, Jason P. Decker is authorized to transmit information regarding the Company to the Bankruptcy Court, the US Trustee, and other parties in interest in behalf of the Company.

DATED this ___23rd___ day of September, 2025.

By: _____
Jason P. Decker, sole Member and Manger

**Fill in this information to identify the case:**

Debtor name    **Decker & Williams, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 2, 2025**     *X* **/s/ Jason P. Decker**
                                          Signature of individual signing on behalf of debtor

                                           **Jason P. Decker**
                                           Printed name

                                           **Manager**
                                           Position or relationship to debtor

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  2, 2025**          X _____
                                            Signature of individual signing on behalf of debtor

                                            **Jason P. Decker**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Official Form 202                  Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| Debtor name | **Decker & Williams, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lasher Holzapfel Sperry & Ebberson 601 Union Street, Suite 2600 Seattle, WA 98101-4000** | | | | | | **$6,966.00** |
| **Markel Insurance Company 701 Fifth Ave. Seattle, WA 98104** | | | **Contingent Unliquidated Disputed** | | | **$2,800,000.00** |
| **Travelers Casualty and Surety Co. One Tower Square, S102A Hartford, CT 06183** | | | **Contingent Unliquidated Disputed** | | | **$15,000,000.00** |
| **Zurich American Insurance Co. c/o Carl J. Marquardt 1126 34th Ave., Ste 311 Seattle, WA 98122** | | | **Contingent Unliquidated Disputed** | | | **$248,416.11** |

**Fill in this information to identify the case:**

Debtor name **Decker & Williams, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................... $    **1,600,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................... $    **238,494.30**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. $    **1,838,494.30**

## Part 2:  Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **18,055,382.11**

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b

    $    **18,055,382.11**

25-01750-FPC11     Doc 1     Filed 10/02/25     Entered 10/02/25 16:54:37     Pg 10 of 40

**Fill in this information to identify the case:**

Debtor name    **Decker & Williams, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. **US Bank** | **Business checking** | 0039 | $36,477.12 |
| 3.2. **US Bank.** The account balance includes a $12,000 security deposit for Grady Excavating Inc. related to the lease agreement. | **Money Market** | 2405 | $202,017.18 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$238,494.30

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Fee deposit held by Bush Kornfeld** | **$0.00** |

---

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.          **$0.00**

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1.   **202 Lincoln Ave., Mukilteo WA 98275 The value of the property is based on the Debtor's best estimate and is not based on the opinion of a real estate professional.** | fee simple | $0.00 | | $1,600,000.00 |

**56.**   **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                               **$1,600,000.00**

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

     ■ No
     ☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.   Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.   Go to Part 12.
     ■ Yes Fill in the information below.

                                                                  **Current value of debtor's interest**

**71.**   **Notes receivable**
     Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**
     **Property and liability insurance issued by Western National Mutual Insurance Co.**                      Unknown

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claims against Keybank including but not limited to equitable subrogation related to any payments made Travelers or Markel. The amount of the claim is to be determined.**                                                    **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

**Counterclaim against Zurich American Insurance Company, American Guarantee and Liability Insurance Company for frivolous lawsuit pursuant to RCW 4.84.185. Amount requested to date is approximately $17,000.**                                                   **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$17,000.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                          **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **Decker & Williams, LLC**                     Case number *(if known)* _____
        Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $238,494.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................>* | | $1,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $238,494.30 | + 91b. $1,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,838,494.30 |

Fill in this information to identify the case:

Debtor name     **Decker & Williams, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name **Decker & Williams, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,966.00** |
|---|---|---|---|
| | **Lasher Holzapfel Sperry & Ebberson**<br>**601 Union Street, Suite 2600**<br>**Seattle, WA 98101-4000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800,000.00** |
|---|---|---|---|
| | **Markel Insurance Company**<br>**701 Fifth Ave.**<br>**Seattle, WA 98104** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000,000.00** |
|---|---|---|---|
| | **Travelers Casualty and Surety Co.**<br>**One Tower Square, S102A**<br>**Hartford, CT 06183** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248,416.11** |
|---|---|---|---|
| | **Zurich American Insurance Co.**<br>**c/o Carl J. Marquardt**<br>**1126 34th Ave., Ste 311**<br>**Seattle, WA 98122** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

25-01750-FPC11    Doc 1    Filed 10/02/25    Entered 10/02/25 16:54:37    Pg 17 of 40

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Lieberman**<br>**701 Fifth Ave., Suite 3600**<br>**Seattle, WA 98104** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Horton Village Law Group APC**<br>**16236 San Dieguito Rd., Ste 5-24**<br>**Rancho Santa Fe, CA 92067** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jennings Haug Keleher McLoed**<br>**2800 N. Central Ave., Ste 1800**<br>**Phoenix, AZ 85004** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Paul Friedrich**<br>**92 Lenora Street, #119**<br>**Seattle, WA 98121** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **SureTec Insurance Company**<br>**2103 CityWest Blvd.**<br>**Houston, TX 77042** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 18,055,382.11 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 18,055,382.11 |

25-01750-FPC11　　Doc 1　　Filed 10/02/25　　Entered 10/02/25 16:54:37　　Pg 18 of 40

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**

     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest     **Lease for real property located at 202 Lincoln Ave., Mulkiteo, WA 98275** | |
|      State the term remaining     **July 31, 2028** | **Grady Excavating Inc.** <br> **Attn: Joe Grady** <br> **PO Box 467** <br> **Mukilteo, WA 98275** |
|      List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |

Debtor name **Decker & Williams, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Debra Decker** | **6159 Blue Haven WA Clinton, WA 98236** | **Travelers Casualty and Surety Co.** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.2 | **Debra Decker** | **6159 Blue Haven Way Clinton, WA 98236** | **Markel Insurance Company** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.3 | **Elcon Corp** | **522 W. Riverside Ave Ste N. Spokane, WA 99201** | **Travelers Casualty and Surety Co.** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.4 | **Elcon Corporation** | **522 W. Riverside Ave Ste N. Spokane, WA 99201** | **Markel Insurance Company** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.5 | **Elcon Corporation** | **522 W. Riverside Ave Ste N. Spokane, WA 99201** | **Zurich American Insurance Co.** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |

| Debtor | **Decker & Williams, LLC** | Case number *(if known)* |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Jason P. Decker** | **6159 Blue Haven Way**<br>**Clinton, WA 98236** | **Travelers Casualty**<br>**and Surety Co.** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.7 | **Jason P. Decker** | **6159 Blue Haven Way**<br>**Clinton, WA 98236** | **Markel Insurance**<br>**Company** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.8 | **Passage Inc.** | **5801 23rd Dr W. Ste 100**<br>**Everett, WA 98203** | **Travelers Casualty**<br>**and Surety Co.** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.9 | **Passage, Inc.** | **5801 23rd Dr W. Ste 100**<br>**Everett, WA 98203** | **Markel Insurance**<br>**Company** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.10 | **WILDEC, LLC** | **PO Box 32**<br>**Freeland, WA 98249** | **Travelers Casualty**<br>**and Surety Co.** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.11 | **WILDEC, LLC** | **PO Box 32**<br>**Freeland, WA 98249** | **Markel Insurance**<br>**Company** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.12 | **WILDEC, LLC** | **PO Box 32**<br>**Freeland, WA 98249** | **Zurich American**<br>**Insurance Co.** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **Decker & Williams, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other **Lease Income** | **$66,795.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other **Lease Income** | **$132,046.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other **Lease Income** | **$95,489.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | **Sale of Real Property** | **$750,000.00** |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Lasher Holzapfel Sperry & Ebberson**<br>601 Union Street, Suite 2600<br>Seattle, WA 98101-4000 | 7/5/2025 | $24,847.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Ahlers Cressman & Sleight PLLC**<br>1324 th Ave. Ste. 1850<br>Seattle, WA 98101 | 9/18/2025 | $10,395.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attachment** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Travelers Casualty and Surety Company of America v. Jason Decker et al.**<br>2:24-cv-00253-TL | **Breach of contract** | **Western District of Washington**<br>700 Stewart St., Suite 2310<br>Seattle, WA 98101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Zurich American Insurance Company, American Guarantee and Liability Insurance Company v. Elcon Corporation, WILDEC LLC, Decker & Williams, LLC<br>2:24-CV-00576-RSM** | **Breach of contract and counterclaim for frivolous lawsuit in violation of RCW 4.84.185** | **Western District of Washington<br>700 Stewart St., Ste 2310<br>Seattle, WA 98101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP<br>601 Union St., #5000<br>Seattle, WA 98101-2373** | | **9/22/2025** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

25-01750-FPC11   Doc 1   Filed 10/02/25   Entered 10/02/25 16:54:37   Pg 24 of 40

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **DBS Law**<br>**819 Virginia St., Suite C2**<br>**Seattle, WA 98101** | | **5/28/2025; payment was refunded on 9/30/2025** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Sanders, LLP**<br>**2223 Oklahoma Ave**<br>**Freeland, WA 98249** | **Sale of Parcel no 28041000302500 (Everett, WA). Purchase price was $750,000. Net sales proceeds were 696,237.24.** | **12/19/2024** | **$750,000.00** |
| | Relationship to debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Grady Excavating Inc.<br>PO Box 467<br>Mukilteo, WA 98275 | | Security Deposit held in US Bank savings account | $12,000.00 |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Smith & DeKay P.S.**<br>**2353 130th Ave. NE, Suite 130**<br>**Bellevue, WA 98005** | **20+ years** |
| 26a.2.   **Debra Decker**<br>**6159 Blue Haven Way**<br>**Clinton, WA 98236** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jason P. Decker**<br>**6159 Blue Haven Way**<br>**Clinton, WA 98236** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason P. Decker | 6159 Blue Haven Way<br>Clinton, WA 98236 | Manager, Sole Member | 100 |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   **See SOFA 4** | | | |
| **Relationship to debtor** | | | |

25-01750-FPC11    Doc 1    Filed 10/02/25    Entered 10/02/25 16:54:37    Pg 28 of 40

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  2, 2025**

**/s/ Jason P. Decker**                          **Jason P. Decker**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Payee | Date | Amount | Reason |
|---|---|---|---|
| Debra and Jason Decker | 9/18/2025 | $ 347.88 | Reimbursement for server expense (maintained for litigation purposes) |
| Debra and Jason Decker | 8/19/2025 | $ 362.88 | Reimbursement for server expense |
| Debra and Jason Decker | 5/6/2025 | $ 349.66 | Reimbursement for server expense |
| Debra and Jason Decker | 3/25/2025 | $ 112.63 | Reimbursement for company expenses |
| Debra and Jason Decker | 2/14/2025 | $ 565.88 | Reimbursement for server and Fedex expenses |
| Debra and Jason Decker | 1/31/2025 | $ 33,000.00 | Partial reimbursement for attorneys fees paid to Lasher from August 2023 through January 2025 |
| Debra and Jason Decker | 1/31/2025 | $ 200,000.00 | Partial reimbursement for attorneys fees paid to Lasher from August 2023 through January 2025 |
| Debra and Jason Decker | 1/28/2025 | $ 24,000.00 | Reimbursement for non-employee Elcon support |
| Debra and Jason Decker | 1/14/2025 | $ 12,000.00 | Reimbursement of attorneys fees paid to PWRFL |
| Debra and Jason Decker | 1/7/2025 | $ 25,000.00 | Reimbursement for attorney fees and non-employee Elcon support |
| Debra and Jason Decker | 12/28/2024 | $ 5,000.00 | Non-employee Elcon support |
| Debra and Jason Decker | 12/16/2024 | $ 15,000.00 | Reimbursement for Lasher invoice |
| Debra and Jason Decker | 12/2/2024 | $ 35,000.00 | Reimbursement for Lasher invoice |
| Debra and Jason Decker | 11/25/2024 | $ 15,500.00 | Reimbursement for Ahler invoice |
| Debra and Jason Decker | 10/7/2024 | $ 14,000.00 | Reimbursement for attorney fees and non-employee Elcon support |

**Total**     **$ 380,238.93**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

Name of the parent corporation                                      Employer Identification number of the parent
                                                                    corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

Name of the pension fund                                            Employer Identification number of the pension
                                                                    fund

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 2, 2025

_____          **Jason P. Decker**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Decker & Williams, LLC**                     Case No. _____

                                    Debtor(s)           Chapter     **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jason P. Decker**<br>**6159 Blue Haven Way**<br>**Clinton, WA 98236** | **n/a** | **n/a** | **100% member interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 2, 2025**                Signature   **/s/ Jason P. Decker**

                                                          **Jason P. Decker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Washington

In re   <u>Decker & Williams, LLC</u>

                             Debtor(s)

Case No. _____

Chapter   <u>11</u>

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jason P. Decker**<br>**6159 Blue Haven Way**<br>**Clinton, WA 98236** | **n/a** | **n/a** | **100% member interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   <u>October 2, 2025</u>

Signature   _____

                 Jason P. Decker

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**

**Eastern District of Washington**

In re   **Decker & Williams, LLC** _____   Case No. _____

                                    Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **October  2, 2025** _____        **/s/ Jason P. Decker** _____

                                                **Jason P. Decker/Manager**
                                                Signer/Title

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Decker & Williams, LLC** _____    Case No. _____

                                      Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 2, 2025** _____         _____

                                                 **Jason P. Decker/Manager**
                                                 Signer/Title

```
Decker & Williams, LLC
PO Box 32
Freeland, WA 98249


Lesley D. Bohleber
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046
```

```
WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
 United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


Debra Decker
6159 Blue Haven WA
Clinton, WA 98236


Debra Decker
6159 Blue Haven Way
Clinton, WA 98236


Elcon Corp
522 W. Riverside Ave Ste N.
Spokane, WA 99201
```

Elcon Corporation
522 W. Riverside Ave Ste N.
Spokane, WA 99201


Eric Lieberman
701 Fifth Ave., Suite 3600
Seattle, WA 98104


Grady Excavating Inc.
Attn: Joe Grady
PO Box 467
Mukilteo, WA 98275


Horton Village Law Group APC
16236 San Dieguito Rd., Ste 5-24
Rancho Santa Fe, CA 92067


Jason P. Decker
6159 Blue Haven Way
Clinton, WA 98236


Jennings Haug Keleher McLoed
2800 N. Central Ave., Ste 1800
Phoenix, AZ 85004


Lasher Holzapfel Sperry & Ebberson
601 Union Street, Suite 2600
Seattle, WA 98101-4000


Markel Insurance Company
701 Fifth Ave.
Seattle, WA 98104


Passage Inc.
5801 23rd Dr W. Ste 100
Everett, WA 98203

Passage, Inc.
5801 23rd Dr W. Ste 100
Everett, WA 98203


Paul Friedrich
92 Lenora Street, #119
Seattle, WA 98121


SureTec Insurance Company
2103 CityWest Blvd.
Houston, TX 77042


Travelers Casualty and Surety Co.
One Tower Square, S102A
Hartford, CT 06183


WILDEC, LLC
PO Box 32
Freeland, WA 98249


Zurich American Insurance Co.
c/o Carl J. Marquardt
1126 34th Ave., Ste 311
Seattle, WA 98122

# United States Bankruptcy Court
## Eastern District of Washington

In re  **Decker & Williams, LLC** _____
                              Debtor(s)

Case No. _____

Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Decker & Williams, LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jason P. Decker**
**6159 Blue Haven Way**
**Clinton, WA 98236**
_____

☐ None [*Check if applicable*]

**October  2, 2025** _____
Date

**/s/ Lesley D. Bohleber** _____
**Lesley D. Bohleber**
Signature of Attorney or Litigant
Counsel for  **Decker & Williams, LLC** _____
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**
**lbohleber@bskd.com**